DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT BATES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3368

[February 20, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562014CF003572AXXXX.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant challenges the imposition of $100 in prosecution costs and $50 in investigative costs not requested by the State, which the trial court granted in addition to the $3758 in costs that the State did request. The State concedes error. We thus reverse the award of costs with directions to reduce the sum by $150.

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***